1  Olaf W. Hedberg, SBN #151082
   Olaf W. Hedberg, Attorney at Law
2  1107 9th St., Suite 850
   Sacramento, CA 95814
3  (916) 447-1192
   Attorney for Defendant
4
                    IN THE UNITED STATES DISTRICT COURT
5                 FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7

8  UNITED STATES OF AMERICA           )    No. CR-S-09-036-GEB
                                      )
9           Plaintiff,                )    STIPULATION AND [PROPOSED
        vs.                           )    ORDER].
10                                    )
                                      )    Date: February 27, 2009
11 TONY XIONG                         )    Time: 9 A.M.
                                      )    Judge: Hon. Garland E. Burrell
12          Defendant.                )
                                      )

13

14         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

15 counsel, KYLE REARDON, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF

16 HEDBERG, attorney for defendant that the status conference now scheduled for February 27,

17 2009 at 9:00 AM be vacated and a new date of April 10, 2009 at 9 A.M. be set for status. The

18 defense needs time to review discovery . Further, the parties are engaged in ongoing settlement

19 negotiations.

20         It is further stipulated and agreed between the parties that the period beginning February

21 27, 2009 and ending April 10th, 2009, should be excluded in computing the time within which

22                                    Page 1 of 2

the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,
Dated this 25th of February, 2009
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Tony Xiong

Dated this 25th of February, 2008
Lawrence Brown
Acting United States Attorney
/s/ Olaf Hedberg for Kyle Reardon
Kyle Reardon
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**

Dated: February 26, 2009

GARLAND E. BURRELL, JR.
United States District Judge