Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St., Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TONY XIONG ) <br> ) <br> Defendant. ) <br> ) | No. CR-S-09-036-GEB <br><br> REQUEST FOR TRAVEL ORDER AND [PROPOSED] ORDER. <br><br> Date: April 20, 2009 <br> Time: 9 A.M. <br> Judge: Hon. Garland E. Burrell |

Defendant Tony Xiong hereby requests that the Court issue an orders allowing him to travel to Fresno, California to attend the wedding of Steve Vang, to depart at 7 am on April 25, 2009 with an overnight stay and a return by 7 pm on April 26, 2009.

On behalf of Mr. Xiong his attorney, Olaf Hedberg, has contacted his Pretrial Services Officer, Ms. Ty Gaskins and Counsel for the Government, AUSA Kyle Reardon.

Both individuals have been informed of this request. Neither Ms. Gaskin nor AUSA Reardon object to the proposed order in the matter at bar.

Respectfully submitted,
Dated this 20th of April, 2009
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Tony Xiong

## ORDER

Having considered Defendant Tony Xiong's Request for Travel Order the Court hereby **GRANTS** that order and orders that Tony Xiong be permitted to travel to Fresno, CA on April 25, 2009 at 7 am and return on April 26, 2009 by 7 pm.

**IT IS SO ORDERED**

**Dated: April 22, 2009**

**GARLAND E. BURRELL, JR.**
**United States District Judge**