```
LAWRENCE G. BROWN
Acting United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-0036 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING TRIAL |
| ) | |
| TONY XIONG, ) | Time: 9:00 a.m. |
| ) | Date: Friday, May 15, 2009 |
| Defendant. ) | Court: Hon. Garland E. Burrell |
| ) | |

The parties request that the status conference currently set for Friday, May 15, 2009, at 9:00 a.m., be continued to Friday, June 5, 2009, at 9:00 a.m., and stipulate that the time beginning May 15, 2009, and extending through June 5, 2009, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The parties are analyzing the evidence in the case and believe that a resolution is near. The evidence in this case includes a significant amount of material recovered from the forensic search of the defendant's computer. In order to permit a full investigation into all aspects of the case and to allow

for defense preparation, the additional time is needed.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

                                           Respectfully Submitted,

                                           LAWRENCE G. BROWN
                                           Acting United States Attorney

DATED: May 14, 2009        By:   */s/ Kyle Reardon*
                                                   KYLE REARDON
                                                   Assistant U.S. Attorney


DATED: May 14, 2009        By:   */s/ Kyle Reardon* for
                                                   OLAF HEDBERG
                                                 Attorney for the Defendant

**ORDER**

The status conference in case number 2:09-0036 GEB, currently set for Friday, May 15, 2009, at 9:00 a.m., is continued to Friday, June 5, 2009, at 9:00 a.m., and the time beginning May 15, 2009, and extending through June 5, 2009, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

Dated: May 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge