Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St., Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TONY XIONG ) <br> ) <br> Defendant. ) <br> ) | No. CR-S-09-036-GEB <br><br> STIPULATION AND [PROPOSED ORDER]. <br><br> Date: June 5, 2009 <br> Time: 9 A.M. <br> Judge: Hon. Garland E. Burrell |

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, S. ROBERT TICE-RASKIN, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF HEDBERG, attorney for defendant that the status conference now scheduled for June 5, 2009 at 9 A.M. be vacated and a new date of July 31, 2009 at 9 A.M. be set for status. The parties are actively engaged in ongoing settlement negotiations and further time is felt necessary to finalize those negotiations.

      It is further stipulated and agreed between the parties that the period beginning June 5, 2009 and ending July 31, 2009, should be excluded in computing the time within which the trial

of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local Code T4), and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,
Dated this 3rd of June, 2009
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Tony Xiong

Dated this 3rd of June, 2009
Lawrence Brown
Acting United States Attorney
/s/ Olaf Hedberg for R. Tice-Raskin
Robert Tice-Raskin
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

**Dated:  June 8, 2009**

**GARLAND E. BURRELL, JR.**
**United States District Judge**