1  Olaf W. Hedberg, SBN #151082
   Olaf W. Hedberg, Attorney at Law
2  1107 9th St., Suite 850
   Sacramento, CA 95814
3  (916) 447-1192
   Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | No. CR-S-09-036-GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED ORDER]. |
| vs. | ) | |
| TONY XIONG | ) | Date: July 31, 2009 |
| | ) | Time: 9 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, S. ROBERT TICE-RASKIN, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF HEDBERG, attorney for defendant, that the status conference now scheduled for July 31, 2009 at 9 a.m. be vacated and a new date of August 28, 2009 at 9 a.m. be set for status. The parties are actively engaged in ongoing settlement negotiations and further time is felt necessary to finalize those negotiations.

It is further stipulated and agreed between the parties that the period beginning July 31, 2009 and ending August 28, 2009 , should be excluded in computing the time within which the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act

for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local Code T4), and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                        Respectfully submitted,
                                        Dated this 16th of July, 2009
                                        By /s/ Olaf Hedberg
                                        Olaf W. Hedberg, Attorney at Law
                                        Attorney for Tony Xiong

                                        Dated this 16th of July, 2009
                                        Lawrence Brown
                                        Acting United States Attorney
                                        /s/ Olaf Hedberg for R. Tice-Raskin
                                        Robert Tice-Raskin
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO FOUND AND ORDERED**

**Dated:  July 20, 2009**

_____
**GARLAND E. BURRELL, JR.**
**United States District Judge**