1   Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law

2   1107 9th St., Suite 850
Sacramento, CA 95814

3   (916) 447-1192
Attorney for Defendant

4

          IN THE UNITED STATES DISTRICT COURT

5          FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7

8   UNITED STATES OF AMERICA    )   No. CR-S-09-036-GEB
                    )

9        Plaintiff,     )   STIPULATION AND ORDER
      vs.             )

10                    )   Date: August 28, 2009
   TONY XIONG          )   Time: 9 a.m.

11                    )   Judge: Hon. Garland E. Burrell, Jr.
        Defendant.    )

12                  )

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

13

counsel, KYLE REARDON, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF

14

HEDBERG, attorney for defendant, that the status conference now scheduled for August 28,

15

2009 at 9 a.m. be vacated and a new date of September 18, 2009 at 9 a.m. be set for status. The

16

parties are actively engaged in ongoing settlement negotiations and further time is felt necessary

17

to finalize those negotiations.

18

      It is further stipulated and agreed between the parties that the period beginning August

19

28, 2009 and ending September 18, 2009 , should be excluded in computing the time within

20

which the trial of the above criminal prosecution must commence for the purpose of the Speedy

21

22                   Page 1 of 2

1   Trial Act for defense preparation. The parties have been actively negotiating this matter and are

2   close to a resolution. All parties stipulate and agree that this is an appropriate exclusion of time

3   within the meaning of Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local

4   Code T4), and that the ends of justice served by taking such action outweigh the best interest of

5   the public and the defendant in a speedy trial.

6

7                                                     Respectfully submitted,
                                                      Dated this 19 August, 2009
8                                                     By /s/ Olaf Hedberg
                                                      Olaf W. Hedberg, Attorney at Law
9                                                     Attorney for Tony Xiong

10                                                    Dated this 19 August, 2009
                                                      Lawrence Brown
11                                                    Acting United States Attorney
                                                      /s/ Olaf Hedberg for Kyle Reardon
12                                                    Kyle Reardon
                                                      Assistant U.S. Attorney

13

14                                     **ORDER**

15
     **IT IS SO FOUND AND ORDERED**
16

17   Dated:  August 19, 2009

18

_____

     GARLAND E. BURRELL, JR.
19   United States District Judge

20

21

22                                  Page 2 of 2