1  Olaf W. Hedberg, SBN #151082
   Olaf W. Hedberg, Attorney at Law
2  1107 9th St., Suite 850
   Sacramento, CA 95814
3  (916) 447-1192
   Attorney for Defendant
4
                IN THE UNITED STATES DISTRICT COURT
5              FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7

8  UNITED STATES OF AMERICA       )   No. CR-S-09-036-GEB
                                  )
9        Plaintiff,               )   STIPULATION AND [PROPOSED
         vs.                      )   ORDER].
10                                )
   TONY XIONG                     )   Date: September 18, 2009
11                                )   Time: 9 a.m.
         Defendant.               )   Judge: Hon. Garland E. Burrell, Jr.
12                                )

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, KYLE REARDON, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF

HEDBERG, attorney for defendant, that the status conference now scheduled for September 18,

2009 at 9 a.m. be vacated and a new date of October 16, 2009 at 9 a.m. be set for status. The

parties are actively engaged in ongoing settlement negotiations and further time is felt necessary

to finalize those negotiations.

        It is further stipulated and agreed between the parties that the period beginning September

18, 2009 and ending October 16, 2009 , should be excluded in computing the time within which

the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial

Act for defense preparation. The parties have been actively negotiating this matter and are close to a resolution. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local Code T4), and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

>                    Respectfully submitted,
>                    Dated this September 16, 2009
>                    By /s/ Olaf Hedberg
>                    Olaf W. Hedberg, Attorney at Law
>                    Attorney for Tony Xiong
>
>                    Dated this 16 September, 2009
>                    Lawrence Brown
>                    Acting United States Attorney
>                    /s/ Olaf Hedberg for Kyle Reardon
>                    Kyle Reardon
>                    Assistant U.S. Attorney

**ORDER**

**IT IS SO FOUND AND ORDERED**

Dated: September 18, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge