UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

  -vs-

Tony Xiong                                                 Docket No.  2:09-CR-00036 GEB

**COMES NOW** Taifa M. Gaskins, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Tony Xiong, who was placed on bond by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 26th day of January, 2009, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**BOND CONDITIONS**: The defendant was released on a $25,000 bond, co-signed by his sister, Diane Xiong, with Pretrial Services supervision and special conditions of release.  Please refer to page 2 of the Petition.

**OFFENSE:** 18:2252(a)(2) - Receipt of Depictions of Minors Engaged in Sexually Explicit Conduct; 18:2252(a)(4)(B) - Possession of One or More Matters Containing Depictions of Minors Engaged in Sexually Explicit Conduct; and 18:2253 - Criminal Forfeiture.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Mr. Xiong is on electronic monitoring and he has violated his curfew on nine occasions since March of 2009.

**PRAYING THAT THE COURT WILL ORDER** a bail violation hearing be calendered for Friday, October 9, 2009, at 2:00 p.m. before Your Honor to address the alleged violations of his release conditions.  Defense counsel has indicated he will be able to be present on the proposed date and time. Pretrial Services has not received a response from the assigned Assistant United States Attorney.

**LAST KNOWN ADDRESS:**    On file with Pretrial Services
**TELEPHONE NUMBER:**    On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                                   Respectfully submitted,

                                                                   /s/ Taifa M. Gaskins

                                                                    Taifa M. Gaskins
                                                                    U.S. Pretrial Services Officer
                                                                    October 5, 2009

**ORDER**

\_\_\_\_ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ \_\_\_.

\_\_\_\_ The Court hereby orders this ex parte motion and order be sealed.

\_\_\_\_ The Court orders a summons be issued with an appearance date of _____.

**X**   The Court hereby orders this matter placed on this court's calendar on **Friday, October 9, 2009, at 2:00** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

\_\_\_\_ The Court orders no action be taken.

                                                                   Considered and ordered this 5th day of
                                                                   October, 2009, and ordered filed and
                                                                   made a part of the records in the above case.

                                                                   U.S. MAGISTRATE JUDGE

Pretrial Services Violation Petition
Xiong, Tony

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

4. You shall submit to DNA testing as directed by the United States Attorney's Office;

5. Your travel is restricted to the Eastern District of California; without the prior consent of the pretrial services officer;

6. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

7. You shall seek and/or maintain employment or participate in an approved education program, and provide proof of same as requested by your pretrial services officer; You shall only use your computer at work for work purposes and you must provide pretrial services with a copy of your employer's computer monitoring policy. If a monitoring policy does not exist, then your work computer must have a monitoring program installed by Pretrial Services to ensure compliance;

8. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

9. You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.

    **CURFEW:** You are subject to a curfew as directed by the pretrial services officer.

10. You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company;

11. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

12. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer; Use of the internet at work, is subject to the approval of pretrial services;

13. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer; You must provide a copy of your employer's computer use policy, and not use a computer at work, until approved by pretrial services;

Pretrial Services Violation Petition
Xiong, Tony

14. The pretrial services officer shall advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities;

15. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

16. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

17. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;

18. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;