1   Olaf W. Hedberg, SBN #151082
    Olaf W. Hedberg, Attorney at Law
2   1107 9th St., Suite 850
    Sacramento, CA 95814
3   (916) 447-1192
    Attorney for Defendant
4

                IN THE UNITED STATES DISTRICT COURT
5               FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7

8   UNITED STATES OF AMERICA              )   No. CR-S-09-036-GEB
                                          )
9                  Plaintiff,             )   STIPULATION AND ORDER
              vs.                         )
10                                        )   Date: October 16, 2009
    TONY XIONG                            )   Time: 9 a.m.
11                                        )   Judge: Hon. Garland E. Burrell, Jr.
                   Defendant.             )
12  _____      )

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective
13
    counsel, KYLE REARDON, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF
14
    HEDBERG, attorney for defendant, that the status conference now scheduled for October 16,
15
    2009 at 9 a.m. be vacated and a new date of November 6, 2009 at 9 a.m. be set for status. The
16
    parties are actively engaged in ongoing settlement negotiations and further time is felt necessary
17
    to finalize those negotiations.
18
        It is further stipulated and agreed between the parties that the period beginning October
19
    16, 2009 and ending November 6, 2009 , should be excluded in computing the time within which
20
    the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial
21

22                                    Page 1 of 2

1  Act for defense preparation. The parties have been actively negotiating this matter and are close

2  to a resolution. All parties stipulate and agree that this is an appropriate exclusion of time within

3  the meaning of Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local Code T4),

4  and that the ends of justice served by taking such action outweigh the best interest of the public

5  and the defendant in a speedy trial.

6

7                                          Respectfully submitted,
                                           Dated this October 14, 2009
8                                          By /s/ Olaf Hedberg
                                           Olaf W. Hedberg, Attorney at Law
9                                          Attorney for Tony Xiong

10                                         Dated this 14 October, 2009
                                           Lawrence Brown
11                                         Acting United States Attorney
                                           /s/ Olaf Hedberg for Kyle Reardon
12                                         Kyle Reardon
                                           Assistant U.S. Attorney

13

14                                         **ORDER**

15

16  **IT IS SO FOUND AND ORDERED.**

17  Dated:  October 16, 2009

18                         _____
                           GARLAND E. BURRELL, JR.
19                         United States District Judge

20

21

22                          Page 2 of 2