1 | Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
2 | 1107 9th St., Suite 850
Sacramento, CA 95814
3 | (916) 447-1192
Attorney for Defendant
4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | No. CR-S-09-036-GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| | ) | Date: November 19, 2009 |
| TONY XIONG | ) | Time: 9 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF HEDBERG, attorney for defendant, that the status conference now scheduled for November 20, 2009 at 9 a.m. be vacated and a new date of December 4, 2009 at 9 a.m. be set for change of plea. The parties are actively engaged in ongoing settlement negotiations and further time is felt necessary to finalize those negotiations.

It is further stipulated and agreed between the parties that the period beginning November 20, 2009 and ending December 4, 2009 , should be excluded in computing the time within which the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial

1  Act for defense preparation. The parties have been actively negotiating this matter and are close

2  to a resolution. All parties stipulate and agree that this is an appropriate exclusion of time within

3  the meaning of Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local Code T4),

4  and that the ends of justice served by taking such action outweigh the best interest of the public

5  and the defendant in a speedy trial.

6

7                                                                  Respectfully submitted,
                                                                    Dated this November 19, 2009
8                                                                   By /s/ Olaf Hedberg
                                                                    Olaf W. Hedberg, Attorney at Law
9                                                                   Attorney for Tony Xiong

10                                                                  Dated this November 19, 2009
                                                                    Benjamin B. Wagner
11                                                                  United States Attorney
                                                                    /s/ Olaf Hedberg for Kyle Reardon
12                                                                  Kyle Reardon
                                                                    Assistant U.S. Attorney

13

14                                    **ORDER**

15
    IT IS SO FOUND AND ORDERED
16
    **Dated:  November 23, 2009**
17

18                                  _____
                                    **GARLAND E. BURRELL, JR.**
19                                  **United States District Judge**

20

21

22                                  Page 2 of 2