LAW OFFICE OF OLAF W. HEDBERG
1107 9TH St., SUITE 850
SACRAMENTO, CA 95814
Phone (916) 476-5168; Fax 1(412) 774-3537

## APPICATION AND PROPOSED ORDER

DATE: January 26, 2010

TO: Ms. Shani Furstenau, Courtroom Clerk for the Hon. Garland E. Burrell,
    United States District Court Judge

FROM: Olaf W. Hedberg

SUBJECT: *United States v. Tony Xiong* 09-CR-0036 GEB

     Pursuant to our conversation, and with your permission, the following schedule is requested. I have spoken with AUSA Kyle Reardon and Deputy Probation Officer Thomas H. Brown and we are in agreement with the following changes. The case is currently set for Friday, February 26, 2010 at 9:00 a.m.

| | |
|---|---|
| New Judgement and Sentencing Date: | April 9, 2010 @ 9:00 a.m. |
| Reply or Statement of No Oposition | April 2, 2010 |
| Motion for Correction of the Pre-sentence Report Filed and Served | March 26, 2010 |
| Pre-sentence Report filed With the Court and Disclosed to Counsel | March 19, 2010 |

Written Objections to Presentence Report        March 12, 2010

So ordered.

Delivered to Probation and Opposing Counsel

Dated:  January 27, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

OWH

Cc: Kyle Reardon AUSA
     Thomas H. Brown, USPO