1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-CR-00036 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND |
| v. | ) ) | SENTENCING |
| TONY XIONG, | ) ) | Time: 9:00 a.m. Date: Friday, July 23, 2010 |
| Defendant. | ) ) | Court: Hon. Garland E. Burrell |

The parties request that the Judgment and Sentencing currently set for Friday, July 23, 2010, at 9:00 a.m., be continued to Friday, August 13, 2010, at 9:00 a.m.  The additional time is necessary in order to ensure continuity of government counsel and to permit adequate time for defense counsel preparation.

///
///
///
///
///
///

1

Defense counsel has spoken with the United States Probation Officer assigned to this case. Defense Counsel informed the undersigned that the Probation Officer has no objection to continuing the matter until August 13, 2010.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: July 21, 2010        By:   */s/ Kyle Reardon*
                                            KYLE REARDON
                                            Assistant U.S. Attorney

DATED: July 21, 2010        By:   */s/ Kyle Reardon* for
                                            OLAF HEDBERG
                                            Attorney for the Defendant

**ORDER**

The Judgment and Sentencing currently set for Friday, July 23, 2010, at 9:00 a.m., is continued to Friday, August 13, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 21, 2010

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge