LAW OFFICE OF OLAF W. HEDBERG
901 G St., Suite 673
SACRAMENTO, CA 95814
Phone (916) 447-1192; Fax 1(412) 774-3537

## MEMORANDUM AND [PROPOSED] ORDER

DATE: August 9, 2010

TO: Ms. Shani Furstenau, Courtroom Clerk for the Hon. Garland E. Burrell,
    United States District Court Judge

FROM: Olaf W. Hedberg

SUBJECT: *United States v. Tony Xiong* 09-036 GEB

---

Pursuant to our conversation, and with your permission, the following schedule is requested. I have spoken with Assistant United States Attorney Kyle Reardon and Deputy Probation Officer Thomas Brown and we are in agreement with the following changes. The case is currently set for Friday, August 13, 2010 at 9 a.m.

Judgment and Sentencing Date:                September 10, 2010 @ 9 a.m.


If you have any questions concerning the above matter please feel free to contact me. Thank you for your assistance.


IT IS SO ORDERED:

Dated:  August 10, 2010

GARLAND E. BURRELL, JR.
United States District Judge