```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-00036-GEB |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| TONY XIONG ) | |
| ) | |
| Defendant. ) | |
| _____) | |

WHEREAS, on or about January 21, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Tony Xiong forfeiting to the United States the following property:

      a.  One black Compaq Presario computer tower, serial number MXK3350N1T;

      b.  One Seagate external hard drive, serial number 5JVQBYH9;

      c.  One Matsunichi 4GB USB drive;

      d.  One Scandisk 1GB USB drive; and

      e.  One Memorex 1GB USB drive.

1    AND WHEREAS, beginning on February 3, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

   AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

   Accordingly, it is hereby ORDERED and ADJUDGED:

   1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Tony Xiong.

   2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

   3.  The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated:  October 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge